# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | | |
|---|---|---|
| LARRY THOMAS O'BRIEN, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. CV410-041 |
| GEORGIA DEPARTMENT OF CORRECTIONS, ALAPHA JUDICIAL CIRCUIT, LANIER COUNTY COMMISSIONERS, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## REPORT AND RECOMMENDATION

Civil rights plaintiff Larry Thomas O'Brien, on behalf of himself and a class of others,[1] has submitted for filing a prison-conditions complaint arising from Lanier, County, Georgia. Doc. 1. Because his claims arise from events that transpired in Lanier County and the defendants are located there, the proper forum for this case is the United

---

[1] O'Brien submitted a form complaint captioned "Robert L. Patten Probation Detention Center [Etc.]," thus purporting to bring a lawsuit on behalf of an entire institution and, evidently, the detainees and employees who work there. In that this constitutes the unauthorized practice of law (a non-lawyer, he can only represent himself), the caption is amended to reflect the real party in interest -- O'Brien. The Clerk is directed to amend the caption, and all subsequent filings shall conform.

States District Court for the Middle District of Georgia. 28 U.S.C. § 1391(b) (venue); 28 U.S.C. § 1406 (permitting district courts to dismiss or transfer cases suffering from venue defects); 28 U.S.C. § 90 (establishing districts and divisions for Georgia's federal courts). Accordingly, this case should be transferred to the Middle District of Georgia for all further proceedings.

**SO REPORTED AND RECOMMENDED** this 10th day of May, 2010.

_/s/ [signature]_
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT of GEORGIA